1 | Michelle J. Shvarts (SBN 235300)
2 | DISABILITY ADVOCATES GROUP
3 | 18321 Ventura Blvd. Suite 355
    | Tarzana, CA 91356
4 | TEL/FAX: (800) 935-3170
5 | mshvarts@dagaccess.com
    | Attorneys for Plaintiff, Nikolay Arkhipov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIKOLAY ARKHIPOV, ) | |
| Plaintiff, ) | Case No.: 2:24-cv-2204-SHK |
| ) | |
| vs. ) | |
| ) | [~~PROPOSED~~] ORDER FOR AWARD |
| MARTIN O'MALLEY, ) | OF EAJA FEES |
| Commissioner of Social Security, ) | |
| Defendant. ) | |
| ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND EIGHT HUNDRED NINETEEN DOLLARS** ($4,819.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 11/18/2024

_____
HON. Sashi H. Kewalramani
United States Magistrate Judge